```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Hector Geovanny Rivas-Mero

v.                                        Case No. 23-cv-72-SE-AJ

FCI Berlin, Warden


                          ORDER

   No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023. For the reasons explained therein, the petition is dismissed as moot, and the respondent's motion for summary judgment (Doc. No.8) denied at moot.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   The clerk is directed to enter judgment and close this case.

                                   /s/ SDElliott
                                   _____
                                   Samantha D. Elliott
                                   United States District Judge

Date: January 22, 2024

cc:  Hector Geovanny Rivas-Mero, pro se
     Heather A. Cherniske, Esq.